1  K. Randolph Moore, Esq. SBN 106993
   Tanya Moore, Esq. SBN 206683
2  MOORE LAW FIRM, P.C.
   332 N. Second Street
3  San Jose, CA  95112
   Telephone: (408) 271-6600
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Theresa Wallen

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THERESA WALLEN, | ) | Case No.:  C09-04563-PVT |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING **STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | ) | |
| BIG 5 SPORTING GOODS COPRORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Initial Case Management Conference date of January 26, 2010 is vacated and that the Initial Case Management Conference is continued to February 9, 2010 at 2:00 p.m.

IT IS FURTHER STIPULATED that the parties will have until February 2, 2010 to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement.

In light of the fact that all parties are in the process of settlement negotiations and are anticipating resolution of the case before February 2, 2010, IT IS FURTHER STIPULATED that the parties will have until February 2, 2010 to file ADR Certification and either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

Stipulation for Continuance and Proposed Order  1

Wallen v. Big 5 Sporting Goods,Corporation

1  IT IS SO STIPULATED.

2  Dated: January 11, 2010                    MUSIC, PEELER & GARRET LLP

3                                             By:_____/s/ Shireen B. Rogers____
4                                                Shireen B. Rogers
                                                 Attorney for Defendant Big 5 Corp.
5
6  Dated: January 11, 2010                    MOORE LAW FIRM, PC

7                                             By: _____/s/K. Randolph Moore____
                                                 K. Randolph Moore
8                                                Attorney for Plaintiff Theresa Wallen

9  IT IS SO ORDERED.
10
11 Dated: __January 12, 2010__                By:_[signature]_
12                                               Patricia V. Trumbull
                                                 United States Magistrate Judge