1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THERESA WALLEN, | ) | Case No.: C-09-04563 PSG |
|---|---|---|
| Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| BIG 5 SPORTING GOODS CORPORATION, ET AL., | ) | |
| Defendants. | ) | |

The Court has been informed that the above-captioned action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties shall file a stipulation of dismissal no later than January 14, 2011.  If a stipulation of dismissal is not filed by that date, the parties shall appear on January 18, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal

1 | Rule of Civil Procedure 41(b).

2 |     IT IS SO ORDERED.

3

4 | Dated:    January 3, 2011

*Paul S. Grewal*
_____
PAUL S. GREWAL
United States Magistrate Judge